UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

*FILED ELECTRONICALLY*

| | | |
|---|---|---|
| DARLENE BISHOP-SEXTON | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-cv-00132-KKC |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) | |
| | ) | |
| DEFENDANT | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Darlene Bishop-Sexton, and Defendant, Life Insurance Company of North America, (collectively "the Parties"), by and through their respective counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties have reached a settlement in principle in this matter. The Parties respectfully ask the Court to allow thirty (30) days to finalize the settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit an Agreed Order of Dismissal.

Respectfully submitted,

| | |
|---|---|
| /s/*David A. Calhoun* | /s/John P. Cornett (by DAC w/permission) |
| David A. Calhoun | John P. Cornett |
| Mitzi D. Wyrick | Clark Law Office, Inc. |
| WYATT, TARRANT & COMBS, LLP | 851 Corporate Drive, Suite 310 |
| 400 West Market Street, Suite 2000 | Lexington, KY 40503 |
| Louisville, Kentucky  40202-2898 | |
| (502) 589-5235 | ***Counsel for Plaintiff*** |
| (502) 589-0309 | |
| dcalhoun@wyattfirm.com | |
| mitziwyrick@wyattfirm.com | |
| ***Counsel for Defendant, Life Insurance Company of North America*** | |

100954344.1